UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES FOR THE MICHIGAN
CARPENTERS' COUNCIL PENSION FUND,
et al.,

        Plaintiffs,                            Case No. 4:04-CV-19

v.                                       Hon. Gordon J. Quist

INDY LAB SYSTEMS, INC.,

        Defendant.
                                     /

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on June 6, 2006. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). The Court concurs with the magistrate judge's findings and recommendations. Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the magistrate judge filed June 6, 2006, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Contempt Finding (docket no. 16) is **GRANTED**. Defendant and its president, Shirley Land, shall be held in civil contempt for failing to pay the amount set forth in the Default Judgment and for failing to pay the continuing obligations of the company as contemplated by the Default Judgment, unless Defendant shall pay to Plaintiffs within twenty-one (21) days of this Order the sum of $9330.37, and Shirley Land shall personally be responsible for payment of this amount within the twenty-one (21) day period, less any portion

of that amount paid by Defendant to Plaintiff within that period.  Defendant's and/or Shirley Land's failure to pay the amount set forth above within the prescribed time will result in the imposition of a fine in the amount of $500 per week until all arrearages have been paid.

**IT IS FURTHER ORDERED** that Plaintiffs are awarded their attorney fees and costs in enforcing the Default Judgment.

The Clerk is directed to serve a copy of this Order upon both Defendant and Shirley Land.


Dated: July 12, 2006                                          /s/ Gordon J. Quist
                                                      GORDON J. QUIST
                                                  UNITED STATES DISTRICT JUDGE