UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES FOR THE MICHIGAN CARPENTERS'
COUNCIL PENSION FUND, et al.,

        Plaintiffs,

Case No. 4:04-CV-19

Hon. GORDON J. QUIST

vs.

INDY LAB SYSTEMS, INC.,

        Defendant.

_____/

**ORDER TO SHOW CAUSE**

This matter is before the court pursuant to plaintiffs' motion for an order to show cause why defendants have failed to comply with court orders and for sanctions (docket no. 25). Plaintiffs seek to have defendant and its executive officer, Shirley Land, appear before this court to show cause why they should not be held in contempt for violating the terms of the default judgment entered April 6, 2004, the Report and Recommendation of June 6, 2006, and the court's Order of July 12, 2006.  Officers of defendant Indy Lab Systems, Inc. who are responsible for defendant's affairs may be subject to a contempt order issued by this court. *See Electrical Workers Pension Trust Fund of Local Union #58, IBEW, et al. v. Gary's Electric Service Company*, 340 F.3d 373, 383 (6th Cir. 2003); *Chicago Truck Drivers v. Bhd. Labor Leasing*, 207 F.3d 500, 507-08 (8th Cir. 2000).  Upon due consideration, the court finds that plaintiffs are entitled to a show cause hearing in this matter.   Defendant Indy Lab Systems, Inc. and its executive officer, Shirley Land, shall appear and show cause before the Honorable Hugh W. Brenneman, Jr., U.S. Magistrate Judge, 584 Federal Building, 110 Michigan, NW, Grand Rapids, Michigan, on **Monday, April 28, 2008, at**

**9:30 a.m.** why they should not be held in civil contempt for defendant's failure to comply with the provisions of this court's judgment. Plaintiffs shall effectuate service of this order upon defendant and Ms. Land forthwith.

      **IT IS SO ORDERED.**


Dated:  March 27, 2008                              /s/ Hugh W. Brenneman, Jr.
                                                                  HUGH W. BRENNEMAN, JR.
                                                                  United States Magistrate Judge